

part in the consideration or decision of this petition. 

No. 94–407. SGS-Thomson Microelectronics, Inc. *v.* International Rectifier Corp. C. A. Fed. Cir. Motions of American Board of Trial Advocates and Houston Intellectual Property Law Association for leave to file briefs as *amici curiae* granted. Certiorari denied. 

No. 94–445. Universal Money Centers, Inc. *v.* American Telephone & Telegraph Co. et al. C. A. 10th Cir. Certiorari denied. Justice O'Connor took no part in the consideration or decision of this petition. 

No. 94–661. W. R. Grace & Co.-Conn. *v.* Maryland Casualty Co. et al. C. A. 2d Cir. Motion of respondents to strike reply brief of petitioner denied. Certiorari denied. 

No. 93–8709. Owen *v.* Nebraska (two cases), *ante,* p. 923;
No. 93–9435. Robinson *v.* United States District Court for the Northern District of Florida, *ante,* p. 846;
No. 93–9614. In re Wright, *ante,* p. 806;
No. 93–9755. Hunt *v.* Grinker, Commissioner, New York City Department of Social Services, et al., *ante,* p. 864;
No. 94–182. Boostrom *v.* Bach, *ante,* p. 928;
No. 94–204. Chisum *v.* United States, *ante,* p. 946;
No. 94–347. Morissette et al. *v.* Yu et al., *ante,* p. 947;
No. 94–353. Finizie *v.* City of Bridgeport, *ante,* p. 931;
No. 94–5768. Anderson *v.* United States, *ante,* p. 913; and
No. 94–5808. Brockman *v.* Sweetwater County School District No. 1, *ante,* p. 951. Petitions for rehearing denied.

DECEMBER 6, 1994

No. 94–401. Jackson *v.* Department of Veterans Affairs et al. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.1. 

No. A–394 (94–7100). Hawkins *v.* Texas. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, pre-